JOHN DOYLE, DEFENDANT IN ERROR, v. ROESSLER & HASSLACHER CHEMICAL COMPANY, PLAINTIFF IN ERROR.

Argued March 15, 1907—Decided June 17, 1907.

On error to the Supreme Court.

For the plaintiff in error, *Willard P. Voorhees.*

For the defendant in error, *George S. Silzer.*

PER CURIAM.

The judgment of the Supreme Court brought up by this writ of error is affirmed on the grounds set forth in the opinion of Mr. Justice Reed in that court, reported in 44 *Vroom* 521.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-RISON, HENDRICKSON, SWAYZE, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J.    12.